# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CLINE,<br><br>              Petitioner,<br><br>        v.<br><br>JERRY BROWN,<br><br>              Respondent. | Case No. 1:15-cv-01644-LJO-SMS<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS THE PETITION<br><br>(Docs. 1, 13) |

  This Findings and Recommendation is submitted to United States District Judge Lawrence J. O'Neil under 28 U.S.C. § 636(b)(1) and Local Civil Rule 302 of the United States District Court for the Eastern District of California.

  Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus under 28 U.S.C. § 2241.  In an order dated March 11, 2016, the Court dismissed the petition with leave to amend.  Petitioner was given thirty days (30) from the entry of the order to file an amended petition alleging facts which demonstrate he has exhausted his state remedies.  Petitioner was advised that failure to file an amended petition within the allotted time would result in a dismissal of this action.  Doc. 13.  Service of the order by mail was made on March 14, 2016.

  To date, after over two months since Petitioner was served, the Court has not received an amended petition.

  Accordingly, the Court recommends the petition be DISMISSED for failure to exhaust state remedies.  Within thirty (30) days after being served with a copy, Petitioner may file written

objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C). Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Martinez v. Ylst*, 951 F.2d 1153, 1156 (9th Cir.1991) (noting that failure to object to a magistrate judge's findings "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal") (citations omitted).

IT IS SO ORDERED.

    Dated: **May 25, 2016**          **/s/ Sandra M. Snyder**
                                                         UNITED STATES MAGISTRATE JUDGE